1922. The *Fiscal* acquiesced in a reversal because the evidence was insufficient. *Reversed.*

No. 1928. People, Appellee, *v.* Rivera, Appellant. — First District Court of San Juan. Assault and battery. Decided April 7, 1922. Motion by appellant withdrawing appeal. *Appeal withdrawn.*

No. 1898. People, Appellee, *v.* Matos, Appellant. — Second District Court of San Juan. Aggravated assault and battery. Decided April 10, 1922. There was no bill of exceptions or statement of the case and the record discloses no fundamental error. *Affirmed.*

No. 1896. People, Appellee, *v.* Díaz, Appellant.—First District Court of San Juan. Violation of the Excise-tax Law. Decided April 10, 1922. There was no bill of exceptions, statement of the case or brief and the record discloses no fundamental error. *Modified and affirmed.*

No. 2703. Busigó, Appellee, *v.* Padró, Appellant.—District Court of Mayagüez. Injunction. Decided April 11, 1922. Motion by the appellee for dismissal. *Dismissed.*

No. 1902. People, Appellee, *v.* Rivera, Appellant. — Second District Court of San Juan. Aggravated assault and battery. Decided April 17, 1922. There was no bill of exceptions, statement of the case or brief filed and the record discloses no fundamental error. *Affirmed.*

No. 1900. People, Appellee, *v.* Flores, Appellant. — District Court of Mayagüez. Violation of section 61 of the Excise-tax Law. Decided April 17, 1922. These was no bill of exceptions or statement of the case and the error in not fixing the limit of imprisonment was held not to be fundamental. *Modified and affirmed.*

No. 1908. People, Appellee, *v.* Rivera, Appellant. — District Court of Humacao. Violation of section 288 of the Penal Code. Decided April 20, 1922. No brief was filed and the record discloses no fundamental error. *Affirmed.*